UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STEPHEN McDANIEL, | ) |
| | ) |
| Petitioner, | ) |
| vs. | )   1:12-cv-0274-TWP-MJD |
| | ) |
| SUPERINTENDENT KEITH BUTTS, | ) |
| | ) |
| Respondent. | ) |

**Entry Discussing Motion to Dismiss**

Stephen McDaniel was found guilty of violating prison rules and was sanctioned in a prison disciplinary proceeding identified as No. ISR 12-01-0127. The earned credit time sanction was suspended and now can no longer be imposed. The result is that McDaniel is no longer in custody pursuant to the challenged disciplinary proceeding. This development renders this action moot, because "[a] case is moot when issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Erie v. Pap's A.M.,* 529 U.S. 277, 287 (2000) (internal citations omitted).

The respondent's motion to dismiss [Dkt. 11] is **granted.** Judgment dismissing this action for lack of jurisdiction shall now issue.

**IT IS SO ORDERED.**

Date: 08/29/2012

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Stephen McDaniel
No. 911534
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Rd.
Pendleton, IN  46064

All Electronically Registered Counsel